### Ferdie MECHE, Plaintiff-Appellant,

v.

### DAN–TEX INTERNATIONAL, INC., et al., Defendants-Appellees.

No. 82–3382.

United States Court of Appeals, Fifth Circuit.

July 16, 1982.

Guglielmo & Lopez, James T. Guglielmo, Peter F. Caviness, Opelousas, La., for plaintiff-appellant.

Camp, Carmouche, Palmer, Barsh & Hunter, Donald A. Hoffman, Robert I. Siegel, New Orleans, La., for defendants-appellees.

Before GEE, RANDALL and JOHNSON, Circuit Judges.

BY THE COURT:

Appellant Meche seeks to appeal an interlocutory award of fees and expenses made pursuant to Rule 30(g)(2), Federal Rules of Civil Procedure.[1] Meche concedes the order is interlocutory but claims it is nevertheless appealable under the rule of *Cohen v. Beneficial Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). We agree with our brethren of the Ninth Circuit, however, that *Cohen* appeals may not be taken from orders that "effectively may be reviewed and corrected if and when final judgment results." *Johnny Pflocks, Inc. v.*

*Firestone Tire & Rubber Co.*, 634 F.2d 1215, 1216 (1980) (quoting from 337 U.S. at 546, 69 S.Ct. at 1225). This, like the Rule 37(a)(4) order in *Pflocks*, is such an order.

IT IS ORDERED that the motion of appellees to dismiss the appeal is GRANTED.

---

1. Permitting such awards where a party, in person or by counsel, attends a noticed deposition but the witness, for want of having been subpoenaed, does not.